IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN AKINS, ET AL.,<br>Individually and on behalf of all others<br>similarly situated and identified below,<br><br>Plaintiffs,<br><br>v.<br><br>WORLEY CATASTROPHE<br>RESPONSE, LLC,<br>WORLEY CATASTROPHE<br>SERVICES, LLC, and<br>MICHAEL ALLEN WORLEY,<br><br>Defendants. | Civil Action No. 2:12-cv-2401<br>CJB-SS<br><br>CLASS/COLLECTIVE ACTION<br><br>SECTION: J(2)<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

### APPENDIX OF UNPUBLISHED AUTHORIITIES FOR
### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

*Alvarez v. Gold Belt, LLC*,
    2011 WL 1337457 (D.N.J. Apr. 7, 2011) ........................................................................1

*Benavides v. Home Depot USA, Inc.*,
    2006 WL 1406722 (S.D. Tex. May 19, 2006).................................................................. 2

*CheckPoint Fluidic Sys. Int'l, Ltd. v. Guccione*,
    2012 WL 1836114 (E.D. La. May 21, 2012) ...................................................................3

*Clay v. Huntington Ingalls, Inc.*,
    Case 2:09-cv-07625 (E.D. La. Sept. 29, 2011)................................................................4

*Cooke v. Jaspers*,
    2010 WL 918342 (S.D. Tex. Mar. 10, 2010) ....................................................................5

*Hart v. Rick's Cabaret Int'l, Inc.*,
    2010 WL 5297221 (S.D.N.Y. Dec. 20, 2010) ..................................................................6

*Kaminski v. BWW Sugar Land Partners*,
    2010 WL 4817057 (S.D. Tex. Nov. 19, 2010) .................................................................7

*LaFleur v. Dollar Tree Stores, Inc.*, ("*LaFleur I*")
    2012 WL 2280090 (N.D. Ill. June 18, 2012) ....................................................................8

*LaFleur v. Dollar Tree Stores, Inc.*, ("*LaFleur II*")
    Case 2:12-cv-00363 (E.D. Va. Oct. 2, 2012).....................................................................9

*Nakahata v. New York-Presbyterian Healthcare Sys., Inc.*,
    Case No. 1:11-cv-06658 (S.D.N.Y. Sept. 6, 2012)..........................................................10

*Ortiz v. Panera Bread Co.*,
    2011 WL 3353432 (E.D. Va. Aug. 2, 2011).....................................................................11

*Recinos-Recinos v. Express Forestry, Inc.*,
    2006 WL 197030 (E.D. La. Jan. 24, 2006).......................................................................12

*West Coast Productions, Inc. v. Does 1-351*,
    2012 WL 2577551 (S.D. Tex. Jul. 3, 2012) .....................................................................13

RESPECTFULLY SUBMITTED,

___/J.P. Hughes, Jr./_____
**J.P. Hughes, Jr.**
LA Bar # 21302
**HUGHES BROWN, PLLC**
1300 Access Road, Suite 100
Oxford, Mississippi 38655
T: [662] 234-6080
F: [800] 515-5446

**Michael A. Starzyk**
TX Bar # 00788461*
**April L. Walter**
TX Bar # 24052793*
**Hessam Parzivand**
Texas Bar # 24071157*

**STARZYK & ASSOCIATES, P.C.**
10200 Grogan's Mill Road, Suite 300
The Woodlands, Texas 77380
T: [281] 364-7261
F: [281] 364-7533

**Joseph E. Fieschko Jr.**
PA Bar # 28797*
**FIESCHKO AND ASSOCIATES, NC.**
2230 Koppers Building
Pittsburgh, Pennsylvania 15219
T:  [412] 281-2204
F:  [412] 338-9169

**John R. Linkosky**
PA Bar # 66011*
**JOHN LINKOSKY & ASSOCIATES**
715 Washington Avenue
Carnegie, Pennsylvania 15106
T:  [412] 278-1280
F:  [412] 278-1282

*Admitted Pro Hac Vice*

**COUNSEL FOR PLAINTIFFS**

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2013, I served the foregoing on the following in accordance with the Federal Rules of Civil Procedure:

**Jennifer L. Anderson**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
E-mail: janderson@joneswalker.com
[**Via E-file**]

**Mary Margaret Spell**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
E-mail:  mspell@joneswalker.com
[**Via E-file**]

**James R. Lewis**
Crawford Lewis
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70801
E-mail:  jlewis@crawford-lewis.com
 [**Via E-file**]

**COUNSEL FOR DEFENDANTS**

    /J.P. Hughes, Jr./
J.P. Hughes, Jr.