**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOHN AKINS, ET AL.,** | ) | **Civil Action No. 2:12-cv-2401** |
| **Individually and on behalf of all others** | ) | **CJB-SS** |
| **similarly situated and identified below,** | ) | |
| | ) | **CLASS/COLLECTIVE ACTION** |
| **Plaintiffs,** | ) | |
| | ) | **SECTION: J(2)** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **WORLEY CATASTROPHE** | ) | **JOSEPH C. WILKINSON, JR.** |
| **RESPONSE, LLC,** | ) | |
| **WORLEY CATASTROPHE** | ) | |
| **SERVICES, LLC, and** | ) | |
| **MICHAEL ALLEN WORLEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**
**(REPRESENTATIVE/NARROWED DISCOVERY)**

Plaintiffs John Akins, et al., individually and on behalf of all others similarly situated ("Plaintiffs"), hereby respectfully move this Honorable Court for a protective order from Defendants' 235 sets of discovery containing a total of 3,055 Interrogatories and 5,170 Requests for Production.

Plaintiffs seek protection because the discovery is duplicative and irrelevant, can be obtained from other sources, and the "burden or expense of the proposed discovery outweighs its likely benefit, considering the needs of the case… and the importance of the discovery in resolving the issues" under Federal Rule of Civil Procedure 26(b)(2)(C).

*1*

Furthermore, representative discovery is appropriate for most issues covered in Defendants' 235 sets of Interrogatories and Requests for Production, and several issues may be completely mooted if Plaintiffs prevail on their pending Motion for Partial Summary Judgment (Not Paid on a "Salaried Basis") (Rec. Doc. 82).

Plaintiffs contemporaneously file a Memorandum in Support of Plaintiffs' Motion for Protective Order (Representative/Narrowed Discovery), Exhibits 1-3, and a proposed Order in support thereof.

RESPECTFULLY SUBMITTED,

    /J.P. Hughes, Jr./
**J.P. Hughes, Jr.**
LA Bar # 21302
**Nicholas S. Brown**
MS Bar # 102124*
**HUGHES BROWN, PLLC**
1300 Access Road, Suite 100
Oxford, Mississippi 38655
T: [662] 234-6080
F: [800] 515-5446

**Michael A. Starzyk**
TX Bar # 00788461*
**April L. Walter**
TX Bar # 24052793*
**Hessam Parzivand**
Texas Bar # 24071157*
**STARZYK & ASSOCIATES, P.C.**
10200 Grogan's Mill Road, Suite 300
The Woodlands, Texas 77380
T: [281] 364-7261
F: [281] 364-7533

**Joseph E. Fieschko Jr.**
PA Bar # 28797*
**FIESCHKO AND ASSOCIATES, NC.**
2230 Koppers Building
Pittsburgh, Pennsylvania 15219

*2*

T:  [412] 281-2204
F:  [412] 338-9169

**John R. Linkosky**
PA Bar # 66011*
**JOHN LINKOSKY & ASSOCIATES**
715 Washington Avenue
Carnegie, Pennsylvania 15106
T:  [412] 278-1280
F:  [412] 278-1282

*Admitted Pro Hac Vice*

**COUNSEL FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 1st day of May, 2013, I served the foregoing on the

following in accordance with the Federal Rules of Civil Procedure:

**Jennifer L. Anderson**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
E-mail: janderson@joneswalker.com
[**Via E-file**]

**Mary Margaret Spell**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
E-mail:  mspell@joneswalker.com
[**Via E-file**]

**James R. Lewis**
Crawford Lewis
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70801
E-mail:  jlewis@crawford-lewis.com
 [**Via E-file**]

**COUNSEL FOR DEFENDANTS**

   /J.P. Hughes, Jr./
            J.P. Hughes, Jr.