IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN AKINS, ET AL., Individually and on behalf of all others similarly situated and identified below, | ) ) ) | Civil Action No. 2:12-cv-2401 CJB-SS |
| Plaintiffs, | ) ) | CLASS/COLLECTIVE ACTION |
| v. | ) ) | SECTION: J(2) |
| WORLEY CATASTROPHE RESPONSE, LLC, WORLEY CATASTROPHE SERVICES, LLC, and MICHAEL ALLEN WORLEY, | ) ) ) ) ) ) | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| Defendants. | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF FORM

By my signature below, I represent to the Court that I am a current or former employee of Worley Catastrophe Response, LLC and/or Worley Catastrophe Services, LLC ("Worley"), who occupied the position(s) of claims adjuster (a/k/a claims evaluator) in support of Worley's role in providing services related to business and property damages arising from the 2010 explosion at the Deepwater Horizon offshore drilling rig operated by BP Corporation North America, Inc. ("BP"); was paid a daily or hourly rate of pay for my services; worked more than 40 hours in workweeks without being paid overtime premium wages for the hours worked over 40; and did not participate in the earlier, related case of *John J. Altier, et al. v. Worley Catastrophe Response, LLC, et al.*, Civil Action No. 11-00241 (Consolidated with Civil Action No. 11-00242). I hereby join in ("opt-in") and otherwise agree to the prosecution of the above-entitled Fair Labor Standards Act overtime action in my name and on my behalf by the Named Plaintiffs.

_[signature]_
Signature (Sign Your Name)

_Residential Street Address_ [redacted]

Mack McDaniel
Name (Print Your Name)

City, State, Zip [redacted]

Home Telephone Number [redacted]

Cell Phone Number [redacted]

E-mail Address [redacted]   on May 2, 2013
Date

THIS FORM MUST BE RETURNED TO PLAINTIFFS' COUNSEL BY MAIL, FAX OR E-MAIL NO LATER THAN **MAY 30, 2013** at the following:

Akins, et al. v. Worley Catastrophe Response, LLC, et al.
Notice Administrator, c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217-8042
Phone: 1-800-233-0919
Fax: 414-961-7648
E-Mail: info@WorleyOvertime.com

