# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 1 2013
WILLIAM W. BLEVINS
CLERK

No. 13-30282

CV 12-2401-JCW

JOHN AKINS, Individually and on behalf of all others similarly situated and identified below; TIM ALLEN; EMORY ARCHER; MARK BARLOW; JOEL BARTON; ET AL,

    Plaintiffs - Appellees

v.

MICHAEL SULLIVAN; CHARLES BALDWIN; JOHNNY KNIGHTEN; JIMMY PHILLIPS; RONALD DICKERSON, as representatives of all class members in the matter entitled Michael Sullivan, et al v. Worley Companies, et al No. 599, 055, Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana,

    Intervenor Plaintiffs - Appellants

v.

WORLEY CATASTROPHE RESPONSE, L.L.C.; WORLEY CATASTROPHE SERVICES, L.L.C.; MICHAEL ALLEN WORLEY,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Fee _____
Process _____
X Dkd _____
CtRmDep _____
Doc. No. _____

O R D E R:

IT IS ORDERED that appellants' motion to supplement the record on appeal with the motions, exhibits, and supporting memorandum filed by the Akins plaintiffs in the district court as document number 139 is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that appellants' alternative motion to take judicial notice of the motions, exhibits, and supporting memorandum filed by the Akins plaintiffs in the district court as document record number 139 is CARRIED WITH THE CASE.

                                                /s/ Leslie H. Southwick
                                              LESLIE H. SOUTHWICK
                                              UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
by _____
New Orleans, Louisiana    Deputy

JUN 2 0 2013

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 20, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-30282, John Akins, et al v. Worley Catastrophe Response, et al
USDC No. 2:12-CV-2401

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Angelique D. Batiste
Angelique D. Batiste, Deputy Clerk
504-310-7715

Ms. Jennifer Lynn Anderson
Mr. William W. Blevins
Mr. Timothy Williams Cerniglia
Mr. Jerry Jay P Hughes Jr.
Mrs. Mary Margaret LeBato
Mr. Michael Allen Starzyk