# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN AKINS, ET AL., | ) | Civil Action No. 2:12-cv-2401 |
| Individually and on behalf of all others | ) | CJB-SS |
| similarly situated and identified below, | ) | |
| | ) | |
| | ) | CLASS/COLLECTIVE ACTION |
| Plaintiffs, | ) | |
| | ) | SECTION:  J(2) |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| WORLEY CATASTROPHE | ) | JOSEPH C. WILKINSON, JR. |
| RESPONSE, LLC, | ) | |
| WORLEY CATASTROPHE | ) | |
| SERVICES, LLC, and | ) | |
| MICHAEL ALLEN WORLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, John Akins, *et al*., and others similarly situated, and Defendants, Worley Catastrophe Response, LLC and Worley Catastrophe Services, LLC, and jointly stipulate as follows:

1. In the event of any liability in the Fair Labor Standards Act lawsuit, Civil Action No. 2:12-CV-2401 (which is denied by Defendants), the two entities currently named as Defendants in the FLSA lawsuit, Worley Catastrophe Response, LLC, and Worley Catastrophe Services, LLC, have agreed that they will accept responsibility for any judgment that might result, and that the effect of this agreement has the same consequence Plaintiffs seek by alleging that the entities are joint employers.

The parties agree that nothing in this stipulation results in any party being considered a

{B0755881.1}

prevailing party within the meaning of governing law.

Respectfully submitted,

|  |  |
|---|---|
| _____/s/ J.P. Hughes, Jr._____<br>J. P. Hughes, Jr. (Bar No. 21302)<br>HUGHES BROWN, PLLC<br>1300 Access Road<br>Suite 100<br>Oxford, MS 38655<br>Telephone: (662) 234-6080<br>Facsimile:  (800) 515-5446<br>E-mail:  jhughes@hughesbrown.com<br><br>and<br><br>Michael A. Starzyk, TX Bar # 00788461*<br>April L. Walter, TX Bar # 24052793*<br>Hessam Parzivand, TX Bar # 24071157*<br>STARZYK & ASSOCIATES, P.C.<br>10200 Grogan's Mill Road<br>Suite 300<br>The Woodlands, TX 77380<br>Telephone: (281) 364-7261<br>Facsimile: (281) 364-7533<br>E-mail:  mstarzyk@starzyklaw.com<br>E-mail:  awalter@starzyklaw.com<br><br>and<br><br>Joseph E. Fieschko Jr., PA Bar # 28797*<br>FIESCHKO AND ASSOCIATES, NC.<br>2230 Koppers Building<br>Pittsburgh, PA 15219<br>Telephone: (412) 281-2204<br>Facsimile: (412) 338-9169<br>E-mail:  joe@fieschko.com<br><br>and<br><br>John R. Linkosky, PA Bar # 66011*<br>JOHN LINKOSKY & ASSOCIATES<br>715 Washington Avenue<br>Carnegie, PA 15106 | _____/s/ Jennifer L. Anderson**_____<br>Jennifer L. Anderson (Bar No. 23620)<br>JONES WALKER LLP<br>Four United Plaza<br>8555 United Plaza Boulevard<br>Baton Rouge, LA 70809<br>Telephone: (225) 248-2040<br>Facsimile: (225) 248-3040<br>E-mail: janderson@joneswalker.com<br><br>and<br><br>Mary Margaret LeBato (Bar No. 32704)<br>JONES WALKER LLP<br>201 St. Charles Avenue<br>New Orleans, LA  70170-5100<br>Telephone: (504) 582-8262<br>Facsimile: (504) 589-8262<br>E-mail: mlebato@joneswalker.com<br><br>and<br><br>James R. Lewis (Bar No. 8844)<br>CRAWFORD LEWIS PLLC<br>445 North Blvd., Suite 700<br>Baton Rouge, LA 70802<br>Telephone: (225) 343-5290<br>Facsimile: (225) 383-5508<br>E-mail: jlewis@crawford-lewis.com<br><br>**Filed by Permission*<br><br>***Attorneys for Defendants,***<br>***Worley Catastrophe Response, LLC and***<br>***Worley Catastrophe Services, LLC*** |

{B0755881.1}

Telephone: (412) 278-1280
Facsimile: (412) 278-1282
E-mail:  linklaw@comcast.net

*Admitted Pro Hac Vice*

**Counsel for Plaintiffs John Akins, et al.**

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the 4th day of October, 2013, a true and correct copy of the above and foregoing pleading was served upon the attorneys of record by filing the same in this Court's CM/ECF system.

/s/ J.P. Hughes, Jr.
_____
J.P. Hughes, Jr.

{B0755881.1}