TENDERED FOR FILING

APR 17 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN AKINS, ET AL. | * | CIVIL ACTION NO: 2:12-2401 JCW |
| | * | CJB-SS |
| | * | |
| | * | CLASS/COLLECTIVE ACTION |
| v. | * | |
| | * | |
| | * | SECTION J(1)(2) |
| | * | JUDGE CARL BARBIER |
| WORLEY CATASTROPHE RESPONSE, LLC, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION
## BY PLAINTIFF RONALD SORENSON

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A),[1]

I, Plaintiff, Ronald Sorenson, voluntarily dismisses my action against the defendants.

Respectfully submitted,

By: _____
Mr. Ronald Sorenson
1704 Bent Brook Dr.
Mesquite, Texas 75181
Telephone: 214-662-2323

---

[1] Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may dismiss his/her action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A).

- 1 -

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that, on the _18_ day of April, 2014, a copy of the foregoing Notice of Voluntary Dismissal of Action was mailed to the Clerk of Court of the Eastern District of Louisiana and will transmitted after filing to all counsel of record via the court's electronic filing system.

_____
Ronald Sorenson

1704 BENT BROOK
MESQUITE, TX
75181

NORTH TEXAS TX PDC
DALLAS TX 750
15 APR 2014 PM 1

US DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST.
NEW ORLEANS, LA 70130

7013 0337 354