UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN AKINS ET AL. | CIVIL ACTION |
| VERSUS | NO. 12-2401 |
| WORLEY CATASTROPHE RESPONSE, LLC ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### **ORDER**

Plaintiff, Ronald Sorenson, Jr., proceeding pro se, filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A). Record Doc. No. 332. However, Rule 41(a)(1)(A) applies only if defendants have not filed an answer. Defendants in this case filed an answer to the amended complaint before Sorenson filed his Notice of Voluntary Dismissal. Record Doc. No. 64.

Therefore, the court treats Sorenson's notice as a motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2), which provides: "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."

Accordingly, **IT IS ORDERED** that the claims asserted by plaintiff, Ronald Sorenson, Jr., are DISMISSED from the captioned case without prejudice.

New Orleans, Louisiana, this ____22nd____ day of April, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

**RONALD SORENSON, JR.**
**1704 BENTBROOK**
**MESQUITE, TX 75181**
**214-662-2322**
**txadjustersorenson@gmail.com**

**ALL COUNSEL OF RECORD**